■ David J. Hussey, Appellant, v Michael J. Codd, as Chairman of the Board of Trustees of Police Pension Fund and as Police Commissioner of the New York City Police Department, et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 10, 1975, unanimously affirmed for the reasons stated by Fine, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Nunez, JJ.

■ Philip Silver, Individually and as a Limited Partner of New York Metro Company, on Behalf of Himself and All Other Limited Partners, and on Behalf of New York Metro Corp., its Successor in Interest, Appellants, v Kirkeby-Natus Corporation et al., Respondents.—Orders, Supreme Court, New York County, entered on May 20 and June 25, 1976, respectively, unanimously affirmed for the reasons stated at Special Term and that defendants-respondents Kirkeby-Natus Corporation, United Ventures Inc., Federal Mortgage Investors and Joseph Lesser recover of plaintiffs-appellants $60 costs and disbursements of this action. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Nunez, JJ.

■ Ely-Cruikshank Co., Inc., Respondent, v Banco Di Napoli, Appellant.—Order, Supreme Court, New York County, entered on June 22, 1976, affirmed for the reasons stated by Stecher, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Capozzoli and Yesawich, JJ.; Silverman and Nunez, JJ., dissent in part and vote to dismiss the second cause of action.